UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:09CR00179-01 HDY |
| | ) | |
| ADAM G. SIEGFRIED | ) | |

ORDER

Upon motion of the government and for good cause shown, the above case is hereby dismissed.

SO ORDERED this ___20___ day of July 2009.

_____
H. David Young
United States Magistrate Judge